# Court of Appeals
# of the State of Georgia

ATLANTA, October 17, 2013

*The Court of Appeals hereby passes the following order*

**A14I0019. MARVIN HEWATT ENTERPRISES, INC. v. BUTLER CAPITAL
CORPORATION.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be

hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this

order. The Clerk of State Court is directed to include a copy of this order in the record

transmitted to the Court of Appeals.

LC NUMBERS:

12C00664



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, October 17, 2013.*

*I certify that the above is a true extract from the minutes of
the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto
affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*